DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
INEZ GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INEZ GUTIERREZ,<br><br>　　　　　Defendant.<br>_____ | No. 2:10-cr-067-GEB<br><br>STIPULATION REQUESTING BOP DESIGNATION TO FCI DUBLIN; [PROPOSED] ORDER<br><br>Judge: Garland E. Burrell, Jr. |

　　　Defendant, INEZ GUTIERREZ, through Matthew C. Bockmon, Assistant Federal Defender, and Jason Hitt, Assistant U.S. Attorney, hereby request that the Court include a recommendation for BOP to designate defendant, Inez Gutierrez, to the Federal Correctional Institution at Dublin.

　　　On May 18, 2012, this Court sentenced Ms. Gutierrez to the custody of the Bureau of Prisons for a term of 10 months.  There was no recommendation as to an appropriate designation.

　　　Ms. Gutierrez has requested to be designated to the federal institution located at Dublin, California.

　　　All the parties are in agreement for the Court to include this recommendation to the Board of Prisons regarding Ms. Gutierrez's

1  designation.

2      Based on the foregoing, the parties stipulate and request that
3  this Court recommend to the Board of Prisons that Inez Gutierrez be
4  designated to the Federal Correctional Institution, Dublin, California.

5  Dated:  May 30, 2012                    Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender
7

8                                          s/ Matthew Bockmon
                                           MATTHEW C. BOCKMON
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10                                         INEZ GUTIERREZ

11

12 Dated:  May 30, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney
13

14                                         /s/ Jason Hitt
                                           JASON HITT
15                                         Assistant U.S. Attorney

16                       **Recommendation**

17     IT IS HEREBY recommended that the Board of Prisons designate
18 defendant, Inez Gutierrez, to the Federal Correctional Institution,
19 Dublin, California.

20 Dated:  May 31, 2012

21

22                                         _____
                                           GARLAND E. BURRELL, JR.
23                                         United States District Judge